# United States Bankruptcy Court
## Southern District of Ohio

In re  **Nathaniel E Easley**                                           Case No.  **2:10-bk-63924**
                                   Debtor(s)                            Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:         **xxx-xx-2871**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:            **Nathaniel E Easley**

Street:          **3947 Aries Brook Dr**

City, State and Zip:   **Columbus, Ohio 43207**

Telephone #:

**Please be advised that effective ___May 1___, 2015__,
my (our) new mailing address and telephone number is:**

Name:            **Nathaniel E Easley**

Street:          **3173 Hines Road**

City, State and Zip:   **Columbus, Ohio 43230-4884**

Telephone #:

                                                    **/s/ Nathaniel E Easley**
                                                    **Nathaniel E Easley**
                                                    Debtor